IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:13CR159 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TERRIE WHITMAN, | ) | |
| Defendant. | ) | |

This matter is before the court on the Petition for Action on Conditions of Pretrial Release (Petition) regarding defendant Terrie Whitman (Whitman) (Filing No. 52). On June 5, 2013, Whitman was ordered released upon conditions pending further proceedings (Filing No. 27). On September 30, 2013, Pretrial Services Officer Mindy S. Bare submitted a Petition alleging Whitman had violated the conditions of her release by using controlled substances and falsifying a report to her Pretrial Services Officer.

Whitman appeared before the undersigned magistrate judge on October 2, 2013. She was represented by Assistant Federal Public Defender Karen M. Shanahan and the United States was represented by Assistant U.S. Attorney Douglas R. Semisch. After being advised of the nature of the allegations, her rights, and the consequences if the allegations were found to be true, Whitman stood mute. A denial was entered on her behalf by the court. The court took judicial notice of the Pretrial Services Violation Report. I find the allegations of the petition are generally true and Whitman has violated the conditions of her release.

After providing both parties an opportunity for allocution as to disposition and considering the report of Pretrial Services, I find the Order Setting Conditions of Release should not be revoked. However, Whitman shall obtain a substance abuse evaluation and comply with the recommendations.

**IT IS SO ORDERED.**

DATED this 17th day of October, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge